UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 FRANK RICHARDSON
D-2 JEROME ANDREWS
D-3 TEVIN BIVENS
D-4 DERRICK BIVENS
D-5 MONTEZ FAILS
D-6 DERICK SHIRLEY,

    Defendants.
_____/

CRIMINAL NO. 10-CR-20421

HON. GERALD E. ROSEN

## **MOTION AND BRIEF FOR DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of Michigan, Barbara L. McQuade, hereby requests leave of the Court to dismiss the Indictment against the above named Defendants herein.

The reason for dismissal is as follows:

A first superseding indictment has been filed in companion case number 10 CR 20397 on August 13, 2010 against the following defendants, FRANK RICHARDSON, JEROME

ANDREWS, TEVIN BIVENS, DERRICK BIVENS, MONTEZ FAILS and DERICK SHIRLEY to consolidate the cases. The superseding indictment contains the same charges contained in this indictment.

                BARBARA L. MCQUADE
                United States Attorney

                s/Barbara L. McQuade
                United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI  48226
                Phone:  313-226-9100
                E-Mail: barbara.mcquade@usdoj.gov

Dated: August 24, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

                Ronnie E. Cromer, Jr, Esq.
                Kimberly Lewis, Esq.
                Frederick M. Finn, Esq.
                Ben M. Gonek, Esq.

                s/Barbara L. McQuade
                United States Attorney
                211 W. Fort Street, Suite 2001
                Detroit, MI  48226
                Phone:  313-226-9100
                E-Mail: barbara.mcquade@usdoj.gov